# UNITED STATES COAST GUARD COURT OF CRIMINAL APPEALS

## Washington, DC

## UNITED STATES

## v.

## Chastin R. ANDERSON

## Fireman Apprentice, U.S. Coast Guard

## CGCMS 24167

## Docket No. 1120

## 28 FEBRUARY 2000

Special court-martial convened by Commanding Officer, USCGC MOHAWK (WMEC). Tried at Jacksonville, Florida, on 30 March 1999.

Military Judge: CPT Thomas J. Mackell, USCG

Trial Counsel: LCDR S. A. Memmott, USCG

Assistant Trial Counsel: LTJG Patrick Flynn, USCGR

Detailed Defense Counsel: LT Kristin E. Keidel, JAGC, USN

Appellate Defense Counsel: LT Benes Aldana, USCGR

Appellate Government Counsel: LCDR Chris P. Reilly, USCG

## BEFORE
## PANEL FOUR

## BAUM, KANTOR, WESTON

Appellate Military Judges

PER CURIAM:

Appellant was tried by a special court-martial, military judge alone. Pursuant to his pleas of guilty, entered in accordance with a pretrial agreement (PTA), Appellant was convicted of violating Article 112a of the Uniform Code of Military Justice (three specifications of wrongful use of marijuana, one specification of wrongful importation of marijuana into the United States, and one specification of introduction of marijuana onto the USCGC MOHAWK with intent to distribute). Appellant was sentenced to confinement for five months, to forfeit $500 per month for five months, and to be separated from the Coast Guard with a bad conduct discharge. The Convening Authority approved the sentence as adjudged, which was within the terms of the PTA.

Before this Court, without admitting that the findings and sentence are correct in law and fact, Appellant has submitted this case on its merits as to any and all errors. We have reviewed the record in accordance with Article 66, UCMJ. Upon such review, we have determined that the findings and sentence are correct in law and fact and on the basis of the entire record should be approved. Accordingly, the findings and sentence, as approved below, are affirmed.

---

For the Court,

//s//

James P. Magner
Clerk of the Court